UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDRE CRAWFORD PRESTON                          CIVIL ACTION

VERSUS                                          NO. 10-1667

NEWELL NORMAND, ET AL.                          SECTION "I" (2)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that plaintiff's complaint under 42 U.S.C. § 1983 is hereby **DISMISSED**

**WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. §

1915(e)(2).

**IT IS FURTHER ORDERED** that defendants' motion to dismiss, which has been

converted to a motion for summary judgment, is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this ____14th____ day of December, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE